IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MELVIN A. SCHUTTER                                                                                  PLAINTIFF

v.                                            NO. 4:06CV00379-WRW

JO ANNE B. BARNHART,
COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                                      DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, it is Considered, Ordered and Adjudged that the claims of Plaintiff should be, and hereby is, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 30th day of March, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE